UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NOE RAPHAEL BENAVIDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:03-CV-668 CAS |
| ) | |
| GUARDIAN SECURITY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice**.

                              _____
                              **CHARLES A. SHAW**
                              **UNITED STATES DISTRICT JUDGE**

Dated this 19th day of May, 2005.